# EXHIBIT D

**The Philadelphia Inquirer** | SUNDAY, MARCH 8, 2020 | INQUIRER.COM | A |

# REAL ESTATE

# Joan Rivers' manse for sale

*The house is in what was to be an 87-acre development that was a "Little Beverly Hills" in Bucks County.*

By Nick Vadala
STAFF WRITER

Out in Bucks County, a house fit for a comedy legend has come on the market for $2.7 million.

Located at 29 Beverly Hills Rd. in the 18974 zip code, the 12,000-square-foot home includes such Hollywood-style amenities as an indoor swimming pool, Jacuzzi, and a 2,000-square-foot master bedroom, all on a 10-acre plot. Built by longtime local developer Thomas Pileggi, 74, the house is among the more extravagant domiciles in the area — partly because of the originally intended owners.

That would have been comic Joan Rivers and her husband, Edgar Rosenberg, Pileggi told The Inquirer.

At its current asking price, the home is going for about nine times the median home value of $303,200 for the area. It's in a zip code that's home to about 41,000 people and has a median income of $74,234.

Due to a prolonged legal battle with Northampton Township over the development, as well as Rosenberg's suicide in 1987, the celebrity couple never actually moved in.

"I built it for her husband and her, but before it was completed, [Rosenberg] passed on," Pileggi said.

The trio were longtime friends and real estate partners in the Philadelphia area.

Pileggi initially befriended the couple in the 1970s, when he provided funding for the 1978 film

See **MANSION** on J7



**The driveway,** lined with street lamps, that winds its way to the house in Bucks County built for comedian Joan Rivers and her husband.
MICHAEL BRYANT / Staff Photographer



**The foyer.** A legal fight with Northampton Township, including a petition to secede, occurred before building began.
Compass Real Estate