IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Eugene Uritsky | : | No. 20-13659-amc |
| Debtor | : | |
| | : | |

## **CERTIFICATE OF NO OBJECTION**

    I, Jeffrey M. Carbino, Esquire, Attorney for the above-named Debtor, do hereby certify that no response to the Application to Employ Christopher Hvostal as Real Estate Agent has been served upon me.

    WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application.

Date:11/20/2020　　　　　　　　　　　　　　　　　　/s/ Jeffrey M. Carbino
　　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey M. Carbino Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Debtor*