IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Eugene Uritsky | Case No. 20-13659-amc |
| Debtor. | |

## ORDER APPROVING THE RETENTION OF CHRISTPHER HVOSTAL AS REAL ESTATE AGENT TO THE DEBTOR

Upon the application for Entry of an Order Authorizing the Retention of Christopher Hvostal, principal of the Hvostal Group ("Hvostal Group") as real estate broker for the Debtor pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014(a) and Local Bankruptcy Rule 2014-1 (the "Application"), and upon the Affidavit of Christopher Hvostal annexed to the Application (the "Affidavit"), and it appearing that proper notice of the Application has been given and that no further notice or hearing is required, and the Court being satisfied based upon the representations made in the Application and the Affidavit that (i) the Hvostal Group represents no interest adverse to the Debtor, its estate or the Debtor's creditors, (ii) the Hvostal Group is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, and (iii) the employment of the Hvostal Group is necessary and would be in the best interest of the Debtor and the Debtor's estate, and after due deliberation, and sufficient cause appearing therefor, it is

ORDERED, that in accordance with §§ 327(a) and 328(a) of the Bankruptcy Code, the Debtor be, and hereby is authorized to retain the Hvostal Group as its real estate agent; it is further

ORDERED, that the Hvostal Group shall be compensated in accordance with the terms set forth in the Application and Affidavit and such procedures as may be fixed by order of this court.

**Date: November 24, 2020**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE