**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Eugene Uritsky<br>　　　　　Debtor. | Chapter 11<br><br>Case No. 20-13659-amc |

### NOTICE OF MOTION AND HEARING DATE

Debtor, by his attorney, Erik B. Jensen, has filed a Motion to Establish Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult an attorney.

1. If you do not want the Court to grant the Motion, or if you want the court to consider your views on the motion, then on or before December 15, 2020, you or your attorney must do all of the following:

    (a) file an answer explaining your position at
    Office of the Clerk
    United States Bankruptcy Court
    Suite 400
    900 Market Street
    Philadelphia PA 19107

    If you mail your answer to the Bankruptcy Clerks Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to Movant's Attorney:
    Erik B. Jensen
    Jensen Bagnato, P.C.
    1500 Walnut Street, Suite 1510
    Philadelphia, PA 19102

    United States Trustee
    George M. Conway
    200 Chestnut Street, Suite 501 US Customs House
    Philadelphia PA 19106

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1 (b) above and attend the hearing, the court may enter an Order granting the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge on January 6, 2021 at 12:30PM, Court Room 4, United States Bankruptcy Court, 900 Market Street, 2nd Floor.

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800, to find out whether the hearing has been cancelled because no one filed an answer.