UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EUGENE URITSKY, | : | Case #20-13659  amc |
| Debtor. | : | |

**ORDER AUTHORIZING DEBTOR TO EMPLOY JENSEN BAGNATO, P.C.**

Upon consideration of the application of the Debtor for authorization to retain and employee Jensen Bagnato, P.C. ("JBlaw") as attorneys for the Debtor and for the reasons set forth on the record in open court at the time of hearing the application;

It is on this _____ day of December, 2020;

ORDERED that the application is granted;

ORDERED that JBlaw shall be compensated in accordance with the procedures of sections 330 and 331 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure and such procedures as may be fixed by order of this court.

**Date: December 4, 2020**

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge