United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13659-amc |
| Eugene Uritsky | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 04, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eugene Uritsky, 29 Beverly Hills Drive, Warminster, PA 18974-1400 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 05 2020 05:38:00 | United States Trustee, Suite 502, U S Customs House, 200 Chestnut Street, Philadelphia, PA 19106-2908 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2020            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE A. KUHN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov |
| ERIK B. JENSEN | on behalf of Debtor Eugene Uritsky jeffrey@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| GEORGE M. CONWAY | |

District/off: 0313-2 | User: Adminstra | Page 2 of 2
Date Rcvd: Dec 04, 2020 | Form ID: pdf900 | Total Noticed: 2

on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

JEFFREY M. CARBINO

on behalf of Debtor Eugene Uritsky jeffrey@jensenbagnatolaw.com
jeffreycarbino@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com

REBECCA ANN SOLARZ

on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EUGENE URITSKY, | : | Case #20-13659  amc |
| Debtor. | : | |

**ORDER AUTHORIZING DEBTOR TO EMPLOY JENSEN BAGNATO, P.C.**

Upon consideration of the application of the Debtor for authorization to retain and employee Jensen Bagnato, P.C. ("JBlaw") as attorneys for the Debtor and for the reasons set forth on the record in open court at the time of hearing the application;

It is on this _____ day of December, 2020;

ORDERED that the application is granted;

ORDERED that JBlaw shall be compensated in accordance with the procedures of sections 330 and 331 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure and such procedures as may be fixed by order of this court.

**Date: December 4, 2020**

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge