IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Eugene Uritsky | : | No. 20-13659-amc |
| Debtor | : | |
| | : | |

## CERTIFICATE OF NO OBJECTION

    I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, do hereby certify that no response to the Motion to Set Last Day to File Proofs of Claim has been served upon me.

    WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

Date:12/31/2020  /s/ Erik B. Jensen
Erik B. Jensen Esquire
*Attorney for Debtor*