# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 11 |
| Eugene Uritsky | |
| | Bankruptcy Case No. 20-13659 |
| Debtor | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, the undersigned hereby appears in the above captioned matter on behalf of the United States of America - Internal Revenue Service, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon the following:

> Anthony St. Joseph, AUSA
> U.S. Attorneys' Office for the
> Eastern District of Pennsylvania
> 615 Chestnut Street
> Suite 1250
> Philadelphia, PA  19106

> Respectfully submitted,
>
> WILLIAM M. McSWAIN
> United States Attorney

Dated:  January 5, 2021

> /s/Anthony St. Joseph
> ANTHONY ST. JOSEPH
> Assistant United States Attorney
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA  19106
> Tel:  215-861-8267
> Fax:  215-861-8618
> anthony.stjoseph@usdoj.gov