IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
|    Eugene Uritsky | : | |
| | : | BANKRUPTCY NO.: 20-13659-amc |

## CERTIFICATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that I caused a true and correct copy of the Order Setting Deadlines to be served upon the following parties via first class regular mail on January 14, 2021:

U.S Trustee
Office of the United States Trustee
200 Chestnut Street
Suite 502
Philadelphia PA 19106

George M. Conway
United States Trustee
200 Chestnut Street
Suite 501, U.S. Customs House
Philadelphia PA 19106

Internal Revenue Service
Attn: John Lindinger
PO Box 7346
Philadelphia PA 19101-7346

Becket & Lee LLP
Attn: Greg Deegan
PO Box 3001
Malvern, PA 19355-0701

American Express National Bank
c/o Zwicker & Associates, PC
80 Minuteman Road
PO Box 9043
Andover, MA 01810-1041

Pennsylvania Dept of Revenue
Bankruptcy Division
Attn: Cindy Cramer
PO Box 280946
Harrisburg PA 17128-0946

Portfolio Recovery Associates
Attn: Janel Decena
PO Box 41067
Norfolk VA 23541

Office of Attorney General
Denise A. Kuhn, Senior Deputy Attorney General
1600 Arch Street, Suite 300
Philadelphia PA 19103

M&T Bank
Rebecca Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia PA 19106-1532

Anthony St. Joseph, AUSA
U.S. Attorney's Office for the
Eastern District of Pennsylvania
615 Chestnut Street
Suite 1250
Philadelphia PA 19106


Date: January 14, 2021                              /s/ Erik B. Jensen_____
                                                        Erik B. Jensen, Esquire