UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re Eugene Uritsky                                              Case No. 20-13659-AMC
    Debtor

AMENDED INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief

Substitute FORM IR-1 (RE) for IR-1 if case is a Single Asset Real Estate Case.
Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | N/A | |
| Certificates of Insurance: | | |
|    Workers Compensation | N/A | |
|    Property | X | |
|    General Liability | N/A | |
|    Vehicle | X | |
|    Other: | | |
| Evidence of Debtor in Possession Bank Accounts | | |
|    Tax Escrow Account | N/A | |
|    General Operating Account | N/A | |
|    Other: Evidence of Debtor in Possession Bank Account | X | |
|    Other: | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____                           02/03/2021
Signature of Debtor                                 Date


_____                           _____
Signature of Joint Debtor                           Date


_____                           _____
Signature of Authorized Individual*                 Date


_____                           _____
Printed Name of Authorized Individual               Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM IR (RE)
(9/99)

In re: EUGENE URITSKY  
Debtor  
**AMENDED**  
Case No. 20-13659-AMC  
Reporting Period 10-SEPT - 30-SEPT

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $1,514.65 | |
| **RECEIPTS** | | |
| Wages (Net) | 0 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 0 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 0 | |
| **Total Receipts** | $0.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 0 | |
| Insurance | 0 | |
| Auto Expense | 0 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 0 | |
| Medical Expenses | 0 | |
| Household Expenses | 0 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 0 | |
| Travel and Entertainment | 0 | |
| Gifts | 0 | |
| Other (attach schedule) | N/A | |
| Total Ordinary Disbursements | $0.00 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | $1,000 | |
| U. S. Trustee Fees | $0.00 | |
| Other Reorganization Expenses (attach schedule) | N/A | |
| Total Reorganization Items | $1,000.00 | |
| **Total Disbursements (Ordinary + Reorganization)** | $1,000.00 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | $624.20 | |

FORM MOR-1(INDV)  
(9/99)

**StateFarm**

State Farm Mutual Automobile Insurance Company
PO Box 89000
Atlanta GA 30356-9900

**DECLARATIONS PAGE**

NAIC# 25178    PAGE 1 OF 2

NAMED INSURED
AT2
005163 0058    38-6378-2 P    A
URITSKY, EUGENE
29 BEVERLY HILLS RD
WARMINSTER PA 18974-1400

POLICY NUMBER
POLICY PERIOD    JUL 31 2020 to OCT 21 2020
12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
1292041313

AGENT

NICK DEMAIO
621 W MARKET ST
PERKASIE, PA 18944-1420

PHONE: (215)258-0900

DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.
IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.

**YOUR CAR**

| VEHICLE | YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID NUMBER | CLASS |
|---|---|---|---|---|---|---|
| 1 | 2009 | TOYOTA | COROLLA | 4DR | 2T1BU40E99C115537 | 603060H000 |
| 2 | 2007 | MERCEDES | S600 | 4DR | WDDNG76X47A088883 | 603060H000 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS | |
|---|---|---|---|
| | | 2009 TOYOTA | 2007 MERCEDES |
| A | Liability Coverage | $98.16 | $56.28 |
| | Bodily Injury Limits | | |
| | Each Person, Each Accident | | |
| | $100,000    $300,000 | | |
| | Property Damage Limit | | |
| | Each Accident | | |
| | $100,000 | | |
| C2 | Medical Payments Coverage | $12.81 | $6.37 |
| | Limit Each Person | | |
| | $5,000 | | |
| H | Emergency Road Service Coverage | $1.29 | $1.29 |
| U3 | Uninsured Motor Vehicle Coverage | $1.46 | $1.46 |
| | Bodily Injury Limits | | |
| | Each Person, Each Accident | | |
| | $100,000    $300,000 | | |
| W3 | Underinsured Motor Vehicle Coverage | $10.97 | $10.97 |
| | Bodily Injury Limits | | |
| | Each Person, Each Accident | | |
| | $100,000    $300,000 | | |
| | **Total Premium Per Vehicle** | **$124.69** | **$76.37** |

Total premium for JUL 31 2020 to OCT 21 2020    This is not a bill

**IMPORTANT MESSAGES**

Replaced policy number

Your total renewal premium for APR 21 2020 to OCT 21 2020 is $452.84.
Vehicle 1 $280.84, Vehicle 2 $172.00.

State Farm works hard to offer you the best combination of price, service, and protection. The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. The resulting impact due to the credit portion of the re-rated insurance score will not increase your premium; however, your overall premium may decrease, remain the same, or increase due to other factors impacting your total premium.

CONTINUED
See Reverse Side

14251/05020
1203334  12-24-2014  (o1e025la)
IIMX0N    (o1e025sq)



# Bank
### America's Most Convenient Bank®

EUGENE URITSKY
DIP CASE 20-13659 EDPA
29 BEVERLY HILLS DR
IVYLAND PA          18974

039 / Chapter 11 Checking            9580

| | | |
|---|---|---|
| Statement Beginning Balance | | $0.00 |
| Plus | Deposits and Other Credits | $100.00 |
| Less | Checks and Other Debits | $0.00 |
| Statement Balance As Of 10/31/2020 | | $100.00 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 10/01/2020 | DEPOSIT | | $100.00 | $100.00 |



**Bank**

America's Most Convenient Bank®      E      STATEMENT OF ACCOUNT

EU GLASS INC
29 BEVERLY HILLS RD
WARMINSTER PA 18974-1400

Page: 1 of 4
Statement Period: Sep 01 2020-Sep 30 2020
Cust Ref #: 4339279930-717-E-***
Primary Account #: ████9930

## TD Business Convenience Plus
EU GLASS INC

Account # ████9930

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,514.65 | Average Collected Balance | 624.61 |
| Electronic Deposits | 2,314.11 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 3,179.56 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 25.00 | Days in Period | 30 |
| Ending Balance | 624.20 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/08 | ACH DEPOSIT, PAYPAL TRANSFER 1010286008035 | 452.23 |
| 09/11 | ACH DEPOSIT, PAYPAL TRANSFER 1010320065434 | 352.89 |
| 09/11 | CCD DEPOSIT, AMZNVJH8JUB1 MARKETPLAC 2QS4QWJHCCOG582 | 10.79 |
| 09/14 | ACH DEPOSIT, PAYPAL TRANSFER 1010332326451 | 60.86 |
| 09/15 | ACH DEPOSIT, PAYPAL TRANSFER 1010367602994 | 130.27 |
| 09/18 | ACH DEPOSIT, PAYPAL TRANSFER 1010403164702 | 461.12 |
| 09/18 | ACH DEPOSIT, PAYPAL TRANSFER 1010403187982 | 191.07 |
| 09/22 | ACH DEPOSIT, PAYPAL TRANSFER 1010448930371 | 165.93 |
| 09/22 | ACH DEPOSIT, PAYPAL TRANSFER 1010448938493 | 67.95 |
| 09/24 | ACH DEPOSIT, PAYPAL TRANSFER 1010470485569 | 274.24 |
| 09/24 | ACH DEPOSIT, PAYPAL TRANSFER 1010470471548 | 84.33 |
| 09/25 | CCD DEPOSIT, AMZNHH4UQFRC MARKETPLAC 29D0UJENI3RI531 | 62.43 |
| | Subtotal: | 2,314.11 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | DEBIT CARD PURCHASE, AUT 090120 VISA DDA PUR<br>INTUIT TURBOTAX    800 446 8848   * CA<br>4085404020420489 | 180.20 |
| 09/02 | DEBIT CARD PURCHASE, AUT 090120 VISA DDA PUR<br>MAILCHIMP  MONTHLY    MAILCHIMP COM * GA<br>4085404020420489 | 37.09 |
| 09/02 | DEBIT CARD PAYMENT, AUT 083120 VISA DDA PUR<br>FEDEX 329143365    MEMPHIS    * TN<br>4085404020420489 | 35.84 |
| 09/03 | DEBIT CARD PURCHASE, AUT 090220 VISA DDA PUR<br>JENSEN BAGNATO PC    215 5464700   * PA<br>4085404020420489 | 1,000.00 |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 4

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance   624.20
❷ Total Deposits   +
❸ Sub Total
❹ Total Withdrawals
❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**    STATEMENT OF ACCOUNT

EU GLASS INC

Page: 3 of 4
Statement Period: Sep 01 2020-Sep 30 2020
Cust Ref #: ▇▇▇▇9930-717-E-***
Primary Account #: ▇▇▇▇9930

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | DEBIT CARD PAYMENT, AUT 083120 VISA DDA PUR<br>FEDEX 525418713    MEMPHIS    * TN<br>4085404020420489 | 157.61 |
| 09/04 | DEBIT CARD PAYMENT, AUT 090220 VISA DDA PUR<br>PAYFLOW PAYPAL    JPACHECO EBAY * NE<br>4085404020420489 | 30.00 |
| 09/08 | DEBIT POS, AUT 090820 DDA PURCHASE<br>7 ELEVEN    SOUTHAMPTON    * PA<br>4085404020420489 | 88.45 |
| 09/08 | DEBIT CARD PAYMENT, AUT 090720 VISA DDA PUR<br>NETFLIX COM    NETFLIX COM    * CA<br>4085404020420489 | 16.95 |
| 09/09 | ELECTRONIC PMT-WEB, PAYPAL INST XFER ZOWTA LLC | 106.00 |
| 09/09 | DEBIT CARD PURCHASE, AUT 090820 VISA DDA PUR<br>15TH  SANSOM    PHILADELPHIA * PA<br>4085404020420489 | 30.00 |
| 09/09 | DEBIT CARD PURCHASE, AUT 090720 VISA DDA PUR<br>PHOENIX MOTOR PARTS    602 264 4791    * AZ<br>4085404020420489 | 9.26 |
| 09/11 | DEBIT CARD PURCHASE, AUT 090920 VISA DDA PUR<br>001 DEBTORCC INC    JERSEY CITY    * NJ<br>4085404020420489 | 24.90 |
| 09/14 | DEBIT POS, AUT 091420 DDA PURCHASE<br>ACME 0778    SOUTHAMPTON    * PA<br>4085404020420489 | 114.33 |
| 09/14 | DEBIT POS, AUT 091420 DDA PURCHASE<br>SPEEDWAY 06785 1008 2ND    RICHBORO    * PA<br>4085404020420489 | 88.43 |
| 09/15 | DEBIT CARD PAYMENT, AUT 091420 VISA DDA PUR<br>AMAZON PRIME M44VB5JB1    AMZN COM BILL * WA<br>4085404020420489 | 13.77 |
| 09/16 | DEBIT CARD PURCHASE, AUT 091520 VISA DDA PUR<br>CLUBWPT VIP    CLUBWPT COM    * CA<br>4085404020420489 | 74.95 |
| 09/16 | DEBIT CARD PAYMENT, AUT 091420 VISA DDA PUR<br>FEDEX 526820579    MEMPHIS    * TN<br>4085404020420489 | 39.48 |
| 09/17 | DEBIT CARD PURCHASE, AUT 091620 VISA DDA PUR<br>BIGCOMMERCE    888 699 8911    * TX<br>4085404020420489 | 84.75 |
| 09/21 | DEBIT POS, AUT 091920 DDA PURCHASE<br>SPEEDWAY 06785 1008 2ND    RICHBORO    * PA<br>4085404020420489 | 88.43 |
| 09/21 | DEBIT POS, AUT 092120 DDA PURCHASE<br>ACME 0778    SOUTHAMPTON    * PA<br>4085404020420489 | 8.48 |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EU GLASS INC

Page: 4 of 4
Statement Period: Sep 01 2020-Sep 30 2020
Cust Ref #: ████9930-717-E-***
Primary Account #: ████9930

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/22 | ACH DEBIT, ATT PAYMENT 698028013EPAYO | 77.02 |
| 09/23 | DEBIT CARD PURCHASE, AUT 092120 VISA DDA PUR<br>FEDEX 95803538     800 4633339  * TN<br>4085404020420489 | 479.58 |
| 09/23 | DEBIT CARD PAYMENT, AUT 092220 VISA DDA PUR<br>STATE FARM INSURANCE    800 956 6310  * IL<br>4085404020420489 | 44.21 |
| 09/25 | DEBIT CARD PURCHASE, AUT 092320 VISA DDA PUR<br>FEDEX 95861686     800 4633339  * TN<br>4085404020420489 | 269.60 |
| 09/28 | DEBIT POS, AUT 092820 DDA PURCHASE<br>SPEEDWAY 06785 1008 2ND   RICHBORO   * PA<br>4085404020420489 | 31.25 |
| 09/28 | DEBIT POS, AUT 092820 DDA PURCHASE<br>ACME 0778        SOUTHAMPTON  * PA<br>4085404020420489 | 26.98 |
| 09/28 | DEBIT CARD PURCHASE, AUT 092520 VISA DDA PUR<br>15TH SANSOM       PHILADELPHIA * PA<br>4085404020420489 | 22.00 |
| | Subtotal: | 3,179.56 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | MAINTENANCE FEE | 25.00 |
| | Subtotal: | 25.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 1,514.65 | 09/17 | 389.68 |
| 09/02 | 1,261.52 | 09/18 | 1,041.87 |
| 09/03 | 103.91 | 09/21 | 944.96 |
| 09/04 | 73.91 | 09/22 | 1,101.82 |
| 09/08 | 420.74 | 09/23 | 578.03 |
| 09/09 | 275.48 | 09/24 | 936.60 |
| 09/11 | 614.26 | 09/25 | 729.43 |
| 09/14 | 472.36 | 09/28 | 649.20 |
| 09/15 | 588.86 | 09/30 | 624.20 |
| 09/16 | 474.43 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

### DECLARATIONS

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

███████████  **Policy Number**

**Named Insured and Mailing Address**
URITSKY, EUGENE
29 BEVERLY HILLS RD
WARMINSTER, PA 18974-1400

Coverage afforded by this policy is provided by:

STATE FARM FIRE AND CASUALTY COMPANY
PO BOX 8000
BALLSTON SPA NY 12020

A Stock Company with Home Offices in Bloomington, Illinois.

---

The Policy Period begins and ends at 12:01 a.m. Standard Time at the residence premises.

02/16/2020  **Effective Date**
            **12months-Policy Period**
02/16/2021  **Expiration of Policy Period**

**Limit of Liability - Section 1**
$ 1,746,400    Dwelling (Coverage A)

**Policy Type**
Homeowners Policy
  Dwell Repl Cost - Similar Construction
  Increase Dwlg Up to $349,280 - Option ID

**Location of Premises**
29 BEVERLY HILLS RD
WARMINSTER, PA 18974-1400

**Automatic Renewal** - If the **Policy Period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

**Deductibles - Section 1  .5%/$8732**
ALL LOSSES    In case of loss under this policy, the deductible will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to your policy.

**Policy Premium    $6,246.00**

**Forms, Options, & Endorsements**
HW-2138    HOMEOWNERS POL       LSP A1     SMLR CONST-A
LSP B1     LMT RPLC COST-B      OPT ID     COV A-INCR DWLG
OPT OL     BLD ORD/LAW-10%

---

**Loss Payee**
CONGWAY, GEORGE
OFFICE OF THE UNITED STATES
TRUSTEE
200 CHESTNUT ST STE 502
PHILADELPHIA, PA 19106-2912

Loan Number:

**Agent Name & Address**
DEMAIO, NICHOLAS P
621 W MARKET STREET
PERKASIE, PA
18944        (215)258-0900

Prepared:    October 13, 2020

559-916.5

6378
Agent's Code
**MORTGAGEE COPY**

```
                       PREMIUM NOTICE
                STATE FARM INSURANCE COMPANIES
                  AGENT ISSUED DECLARATIONS


  ------------------------------------------------------------
  | POLICY NUMBER | BILLING PERIOD              | AGENT CODE |
  |               | FROM 02/16/2020 | TO 02/16/2021 |   6378     |
  ------------------------------------------------------------
```

**LOCATION**
29 BEVERLY HILLS RD
WARMINSTER, PA 18974-1400


**INSURED**                                        **PREMIUM** $ 6,246.00
URITSKY, EUGENE
29 BEVERLY HILLS RD                                **AMOUNT PAID** $ 6,246.00
WARMINSTER, PA 18974-1400
                                                   **AMOUNT DUE** $      .00

                                                   **DATE DUE**

**LOSS PAYEE**                                     **AGENT NAME & ADDRESS**
CONGWAY, GEORGE                                    DEMAIO, NICHOLAS P
OFFICE OF THE UNITED STATES                        621 W MARKET STREET
TRUSTEE                                            PERKASIE, PA
200 CHESTNUT ST STE 502                            18944         (215)258-0900
PHILADELPHIA, PA 19106-2912
Loan Number:


**STATE FARM INSURANCE COMPANIES**
PO Box 588002
North Metro, GA 30029-8002

In re Eugene Uritsky
　　　　Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| ~~Amount considered uncollectible (Bad Debt)~~ | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |