**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EUGENE URITSKY | : | Bankruptcy No. 20-13659-AMC |
| | : | |
| Debtor | : | |

**WITHDRAWAL AND NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Denise A. Kuhn, Senior Deputy Attorney General, in the above-captioned case on behalf of the Commonwealth of Pennsylvania, Department of Revenue.

Kindly enter the appearance of Christopher R. Momjian, Senior Deputy Attorney General, on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any party, be given to the Commonwealth by serving Carol E. Momjian.

JOSH SHAPIRO
ATTORNEY GENERAL

| WITHDRAWAL | ENTRY |
|---|---|
| BY: */s/ Denise A. Kuhn* | BY: */s/ Christopher R. Momjian* |
| Denise A. Kuhn | Christopher R. Momjian |
| Senior Deputy Attorney General | Senior Deputy Attorney General |
| PA Attorney No. 46806 | PA Attorney No. 57482 |
| Office of Attorney General | Office of Attorney General |
| 1600 Arch Street, Suite 300 | 1600 Arch Street, Suite 300 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| Tel: (215) 560-2131 | Tel: (215) 560-2424 |
| Fax: (717) 772-4526 | Fax: (717) 772-4526 |
| Email: dkuhn@attorneygeneral.gov | Email:crmomjian@attorneygeneral.gov |

DATED:    October 20, 2021

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EUGENE URITSKY | : | Bankruptcy No. 20-13659-AMC |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Christopher R. Momjian, hereby certify that *Withdrawal and Notice of Appearance* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System.

DATE: October 20, 2021                                    Respectfully submitted,

                                                         JOSH SHAPIRO
                                                         ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA        By:    */s/ Christopher R. Momjian*
OFFICE OF ATTORNEY GENERAL                 CHRISTOPHER R. MOMJIAN
The Phoenix Building                       Senior Deputy Attorney General
1600 Arch Street, Suite 300                PA Attorney No. 57482
Philadelphia, PA 19103
Tel.: (215) 560-2424                       JASON L. SWARTLEY
Fax: (717) 772-4526                        Chief Deputy Attorney General
Email: crmomjian@attorneygeneral.gov       Financial Enforcement Section