United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-13659-amc

Eugene Uritsky                                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                     User: admin                                          Page 1 of 2

Date Rcvd: Oct 29, 2021              Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

**Recip ID**        **Recipient Name and Address**
db               + Eugene Uritsky, 29 Beverly Hills Drive, Warminster, PA 18974-1400

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2021                      Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2021 at the address(es) listed below:**

**Name**        **Email Address**

ANTHONY ST. JOSEPH
           on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov
           mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

CHRISTOPHER R. MOMJIAN
           on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

ERIK B. JENSEN
           on behalf of Debtor Eugene Uritsky erik@jensenbagnatolaw.com
           jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956
           @notify.bestcase.com;jeffrey@jensenbagnatolaw.com

GEORGE M. CONWAY
           on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

JEFFREY M. CARBINO
           on behalf of Debtor Eugene Uritsky jeffrey@jensenbagnatolaw.com

jeffreycarbino@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com

REBECCA ANN SOLARZ

on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

10-29-21

To: **Erik B. Jensen**


In re: **Eugene Uritsky**
Bankruptcy No. **20-13659amc**
Adversary No.
Chapter **11**

Re **Application to Employ Lu Roziner as Realtor**

The above pleading was filed in this office on **7-15-21.**  Please
be advised that the following document(s) has (have) not been
filed as required pursuant to the Federal Rules of Bankruptcy
Procedure and/or the Local Rules of this court:

```
()   Affidavit
()   Certificate of Service
(X)  Certification of no response
()   Notice pursuant to Rule 9019
()   Notice pursuant to Rule 2002
()   Notice pursuant to Rule 3007.1
()   Proof of Claim number not noted on
             objection pursuant to Rule 3007.1(a)
()   Proposed Order
()   Stipulation
()   Certification of Default
()   Other
```

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

Timothy B. McGrath
Clerk



By: <u>Stacey D.  </u>
        Deputy Clerk

status.frm
(rev. 11/26/2018)