IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 11 |
|---|---|---|
| | : | |
| Eugene Uritsky | : | No. 20-13659-amc |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF NO OBJECTION

    I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, do hereby certify that no objection to Application to Employ has been filed.

    WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application.

Date:11/1/21

/s/ Erik B. Jensen_____
Erik B. Jensen, Esquire
*Attorney for Debtor*