IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Eugene Uritsky<br><br>Debtor. | Chapter 11<br><br>Case No. 20-13659-AMC |

**ORDER APPROVING THE RETENTION OF DAN REALTY
AS REAL ESTATE AGENT TO THE DEBTOR**

Upon the application for Entry of an Order Authorizing the Retention of Lu Roziner, a member of Dan Realty ("Dan Realty") as real estate broker for the Debtor pursuant to 11 U.S.C. §§327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014(a) and Local Bankruptcy Rule 2014-1 (the "Application"), and upon the Affidavit of Lu Roziner annexed to the Application (the "Affidavit"), and it appearing that proper notice of the Application has been given and that no further notice or hearing is required, and the Court being satisfied based upon the representations made in the Application and the Affidavit that (i) Dan Realty represents no interest adverse to the Debtor, its estate or the Debtor's creditors, (ii) Dan Realty is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, and (iii) the employment of Dan Realty is necessary and would be in the best interest of the Debtor and the Debtor's estate, and after due deliberation, and sufficient cause appearing therefor, it is

ORDERED, that in accordance with §§ 327(a) and 328(a) of the Bankruptcy Code, the Debtor be, and hereby is authorized to retain Dan Realty as its real estate agent; it is further

ORDERED, that Dan Realty shall be compensated in accordance with the terms set forth in the Application and Affidavit and such procedures as may be fixed by order of this court.

**Date: November 1, 2021**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

5