United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13659-amc |
| Eugene Uritsky | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 01, 2021 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Uritsky, 29 Beverly Hills Drive, Warminster, PA 18974-1400 |
| cr | + | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| | + | Dan Realty, 137 Woodland Road, Huntingdon Valley, PA 19006-4126 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 02 2021 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2021 00:37:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2021 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 02 2021 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 02 2021 00:37:00 | United States Trustee, Suite 502, U S Customs House, 200 Chestnut Street, Philadelphia, PA 19106-2908 |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2021 00:37:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 01, 2021 | Form ID: pdf900 | Total Noticed: 9

Date: Nov 03, 2021             Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| ERIK B. JENSEN | on behalf of Debtor Eugene Uritsky erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com;jeffrey@jensenbagnatolaw.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| JEFFREY M. CARBINO | on behalf of Debtor Eugene Uritsky jeffrey@jensenbagnatolaw.com jeffreycarbino@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Eugene Uritsky<br><br>Debtor. | Chapter 11<br><br>Case No. 20-13659-AMC |

## ORDER APPROVING THE RETENTION OF DAN REALTY
## AS REAL ESTATE AGENT TO THE DEBTOR

Upon the application for Entry of an Order Authorizing the Retention of Lu Roziner, a member of Dan Realty ("Dan Realty") as real estate broker for the Debtor pursuant to 11 U.S.C. §§327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014(a) and Local Bankruptcy Rule 2014-1 (the "Application"), and upon the Affidavit of Lu Roziner annexed to the Application (the "Affidavit"), and it appearing that proper notice of the Application has been given and that no further notice or hearing is required, and the Court being satisfied based upon the representations made in the Application and the Affidavit that (i) Dan Realty represents no interest adverse to the Debtor, its estate or the Debtor's creditors, (ii) Dan Realty is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, and (iii) the employment of Dan Realty is necessary and would be in the best interest of the Debtor and the Debtor's estate, and after due deliberation, and sufficient cause appearing therefor, it is

ORDERED, that in accordance with §§ 327(a) and 328(a) of the Bankruptcy Code, the Debtor be, and hereby is authorized to retain Dan Realty as its real estate agent; it is further

ORDERED, that Dan Realty shall be compensated in accordance with the terms set forth in the Application and Affidavit and such procedures as may be fixed by order of this court.

**Date: November 1, 2021**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE