United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Eugene Uritsky  
Debtor

Case No. 20-13659-amc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3  
Date Rcvd: Jan 24, 2022 Form ID: pdf900 Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Uritsky, 29 Beverly Hills Drive, Warminster, PA 18974-1400 |
| cr | + | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| r | + | Dan Realty, 137 Woodland Road, Huntingdon Valley, PA 19006-4126 |
| 14538582 | + | American Express National Bank, C/O Elizabeth Lombard, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14553184 | + | Commonwealth of Pennsylvania Department of Revenue, C/O DENISE A. KUHN, Office of Attorney General, 1600 Arch Street, 3rd Fl. Philadelphia, PA 19103-2016 |
| 14537038 | + | George M. Conway, Trial Attorney, Office of the United States trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14560579 | + | M&T BANK, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14565452 | | M&T Bank, P.O. Box 840, Buffalo, NY 142040-0840 |
| 14560192 | + | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 24 2022 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2022 23:41:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 24 2022 23:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jan 24 2022 23:41:00 | United States Trustee, Suite 502, U S Customs House, 200 Chestnut Street, Philadelphia, PA 19106-2908 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2022 23:41:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14548658 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2022 23:38:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14536800 | + | Email/PDF: bncnotices@becket-lee.com | Jan 24 2022 23:38:41 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14536801 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 24 2022 23:41:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14536802 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2022 23:38:44 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14536804 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2022 23:38:46 | Capital One/Dress Barn, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14536806 | + | Email/Text: camanagement@mtb.com | Jan 24 2022 23:41:00 | Hudson City Savings Ba, Hudson City Savings Bank, 80 W Century Road, Paramus, NJ 07652-1437 |

Case 20-13659-amc    Doc 92    Filed 01/26/22    Entered 01/27/22 00:33:18    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 14536805 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2022 23:38:41 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14536807 | | Email/Text: camanagement@mtb.com | Jan 24 2022 23:41:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14536808 | + | Email/Text: M74banko@daimler.com | Jan 24 2022 23:41:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 14536809 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2022 23:38:46 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14559706 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2022 23:38:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14551861 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14536810 | + | Email/Text: jaxbanko@td.com | Jan 24 2022 23:41:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14536811 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 24 2022 23:41:00 | Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14536812 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 24 2022 23:41:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14536803 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14545970 | * | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14574287 | *+ | United States of America, Interal Revenue Service, C/O Anthony St. Joseph, AUSA, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4404 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:**

**Name**        **Email Address**

Case 20-13659-amc   Doc 92   Filed 01/26/22   Entered 01/27/22 00:33:18   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: pdf900 | Total Noticed: 29 |

ANTHONY ST. JOSEPH
    on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov
    mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

CHRISTOPHER R. MOMJIAN
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

ERIK B. JENSEN
    on behalf of Debtor Eugene Uritsky erik@jensenbagnatolaw.com
    jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

GEORGE M. CONWAY
    on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

JEFFREY M. CARBINO
    on behalf of Debtor Eugene Uritsky Jeff.Carbino@offitkurman.com
    jeffreycarbin@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

LOCAL BANKRUPTCY FORM 9014-3
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :    CHAPTER 11
EUGENE URITSKY                  :
                                :
                                :
         Debtor                 :    BANKR. NO. 20-13659 (AMC)
                                :

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The United States trustee has filed **a Motion to Dismiss Case or Convert Case to Chapter 7** with the Court.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen days** from date of service, you or your attorney must do <u>all</u> of the following:
   (a)   file an answer explaining your position at:
         U.S. Bankruptcy Court, Eastern District of Pennsylvania
         900 Market Street, Suite 400
         Philadelphia, PA 19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
   (b)   mail a copy to the movant's attorney:
         George M. Conway, Trial Attorney
         Office of the U.S. Trustee
         200 Chestnut Street, Suite 502
         Philadelphia, PA 19106
         (215) 597-4411 fax (215) 923-1293

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan **on February 16, 2022 at 12:30 p.m. The hearing will be held telephonically, and if you wish to participate, you may call 1-877-873-8017 Authorization code 3027681 on said date and time.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: January 21, 2022