United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-13659-amc

Eugene Uritsky                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2022 | Form ID: 210U | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Uritsky, 29 Beverly Hills Drive, Warminster, PA 18974-1400 |
| cr | + | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| r | + | Dan Realty, 137 Woodland Road, Huntingdon Valley, PA 19006-4126 |
| 14538582 | + | American Express National Bank, C/O Elizabeth Lombard, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14553184 | + | Commonwealth of Pennsylvania Department of Revenue, C/O DENISE A. KUHN, Office of Attorney General, 1600 Arch Street, 3rd Fl. Philadelphia, PA 19103-2016 |
| 14537038 | + | George M. Conway, Trial Attorney, Office of the United States trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14560579 | + | M&T BANK, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14560192 | + | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14565452 | | M&T Bank, P.O. Box 840, Buffalo, NY 142040-0840 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 17 2022 23:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 17 2022 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 17 2022 23:31:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14548658 | | Email/PDF: bncnotices@becket-lee.com | Feb 17 2022 23:41:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14536800 | + | Email/PDF: bncnotices@becket-lee.com | Feb 17 2022 23:41:47 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14536801 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 17 2022 23:31:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14536802 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2022 23:41:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14536804 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2022 23:41:44 | Capital One/Dress Barn, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14536806 | + | Email/Text: camanagement@mtb.com | Feb 17 2022 23:31:00 | Hudson City Savings Ba, Hudson City Savings Bank, 80 W Century Road, Paramus, NJ 07652-1437 |
| 14545970 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 17 2022 23:31:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14536805 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 17 2022 23:41:44 | Chase Card Services, Attn: Bankruptcy, Po Box |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Feb 17, 2022 | Form ID: 210U | Total Noticed: 28

| | | | 15298, Wilmington, DE 19850 |
|---|---|---|---|
| 14536807 | | Email/Text: camanagement@mtb.com | |
| | | Feb 17 2022 23:31:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14536808 | + | Email/Text: M74banko@daimler.com | |
| | | Feb 17 2022 23:31:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 14536809 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 17 2022 23:41:42 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14559706 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 17 2022 23:41:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14551861 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Feb 17 2022 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14536810 | + | Email/Text: jaxbanko@td.com | |
| | | Feb 17 2022 23:31:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14536811 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | |
| | | Feb 17 2022 23:31:00 | Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14536812 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Feb 17 2022 23:31:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14536803 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14574287 | *+ | United States of America, Interal Revenue Service, C/O Anthony St. Joseph, AUSA, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4404 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2022      Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | |
| | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |

CHRISTOPHER R. MOMJIAN
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

ERIK B. JENSEN
on behalf of Debtor Eugene Uritsky erik@jensenbagnatolaw.com
jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956
@notify.bestcase.com

GEORGE M. CONWAY
on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

JEFFREY M. CARBINO
on behalf of Debtor Eugene Uritsky Jeff.Carbino@offitkurman.com
jeffreycarbin@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com

LYNN E. FELDMAN
trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

REBECCA ANN SOLARZ
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Eugene Uritsky                                        Case No: 20−13659−amc

      Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed
to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete
information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 2/17/22

Timothy B. McGrath
Clerk of Court

97
Form 210U