United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                              Case No. 20-13659-amc

Eugene Uritsky                                                      Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 07, 2022 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eugene Uritsky, 29 Beverly Hills Drive, Warminster, PA 18974-1400 |
| r | + Dan Realty, 137 Woodland Road, Huntingdon Valley, PA 19006-4126 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 07 2022 23:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 07 2022 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 07 2022 23:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 07 2022 23:46:00 | United States Trustee, Suite 502, U S Customs House, 200 Chestnut Street, Philadelphia, PA 19106-2908 |
| cr | + Email/Text: bkfilings@zwickerpc.com | Apr 07 2022 23:46:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 07 2022 23:46:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2                           User: admin                                      Page 2 of 2

Date Rcvd: Apr 07, 2022                        Form ID: pdf900                                  Total Noticed: 8

Date: Apr 09, 2022                    Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:**

**Name**                    **Email Address**

ANTHONY ST. JOSEPH
                            on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov
                            mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

CHRISTOPHER R. MOMJIAN
                            on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

ERIK B. JENSEN
                            on behalf of Debtor Eugene Uritsky erik@jensenbagnatolaw.com
                            jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956
                            @notify.bestcase.com

GEORGE M. CONWAY
                            on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

JEFFREY M. CARBINO
                            on behalf of Debtor Eugene Uritsky Jeff.Carbino@offitkurman.com
                            jeffreycarbin@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com

LYNN E. FELDMAN
                            trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

REBECCA ANN SOLARZ
                            on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
                            USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| IN RE:  Eugene Uritsky | | CHAPTER 7 |
| | Debtor(s) | |
| M&T Bank | | |
| | Movant | NO. 20-13659 AMC |
| vs. | | |
| Eugene Uritsky | | |
| | Debtor(s) | 11 U.S.C. Section 362 |
| Lynn E. Feldman | | |
| | Trustee | |

## ORDER

AND NOW, this        day of                    , 2022 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 29 Beverly Hills Drive,Warminster, PA 18974 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: April 7, 2022**

_____
United States Bankruptcy Judge.