## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Eugene Uritsky  :  Chapter: 7
:
Debtor(s)  :  Bankruptcy No.: 20-13659-AMC
:
:

### NOTICE OF DEFICIENCY

PLEASE TAKE NOTE:

The above referenced Debtor(s) have failed to appear at three (3) scheduled §341 Meetings of Creditors on 3/21/22, 3/31/22 and 4/19/22.

ANDREW R. VARA
United States Trustee for Regions 3 and 9

By: /s/ *Maria Borgesi*
Maria Borgesi
Paralegal