**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Eugene Uritsky | : | |
| Debtor | : | Case No. 20-13659-AMC |

## ORDER TO SHOW CAUSE

AND NOW, the Court having been apprised that the Debtor has failed to appear for three scheduled section 341(a) meetings, it is hereby

ORDERED that the Debtor shall participate in a Telephonic Hearing on **May 25, 2022 at 12:30 p.m.** to *show cause why this bankruptcy case should not be dismissed for Debtor's failure to appear at the previously scheduled first meetings of creditors*. Parties are directed to call the Court's telephone conferencing system by dialing 1-877-873-8017; Code 3027681# , and it is

FURTHER ORDERED that, if the Debtor fails to participate at the hearing scheduled above, this case may be dismissed without need for further notice or hearing.

Dated: April 22, 2022

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge