United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-13659-amc
Eugene Uritsky     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Apr 22, 2022     Form ID: pdf900     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Uritsky, 29 Beverly Hills Drive, Warminster, PA 18974-1400 |
| r | + | Dan Realty, 137 Woodland Road, Huntingdon Valley, PA 19006-4126 |
| 14553184 | + | Commonwealth of Pennsylvania Department of Revenue, C/O DENISE A. KUHN, Office of Attorney General, 1600 Arch Street, 3rd Fl. Philadelphia, PA 19103-2016 |
| 14537038 | + | George M. Conway, Trial Attorney, Office of the United States trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14560579 | + | M&T BANK, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14565452 | | M&T Bank, P.O. Box 840, Buffalo, NY 142040-0840 |
| 14560192 | + | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 22 2022 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 22 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 22 2022 23:55:00 | United States Trustee, Suite 502, U S Customs House, 200 Chestnut Street, Philadelphia, PA 19106-2908 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Apr 22 2022 23:55:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 22 2022 23:55:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14538582 | + | Email/Text: bkfilings@zwickerpc.com | Apr 22 2022 23:55:00 | American Express National Bank, C/O Elizabeth Lombard, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14548658 | | Email/PDF: bncnotices@becket-lee.com | Apr 23 2022 00:00:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14536800 | + | Email/PDF: bncnotices@becket-lee.com | Apr 23 2022 00:00:03 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14536801 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 22 2022 23:55:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14536802 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2022 00:00:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14536804 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2022 00:00:07 | Capital One/Dress Barn, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14536806 | + | Email/Text: camanagement@mtb.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2022 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 22 2022 23:55:00 | Hudson City Savings Ba, Hudson City Savings Bank, 80 W Century Road, Paramus, NJ 07652-1437 |
| 14545970 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 22 2022 23:55:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14536805 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 23 2022 00:00:03 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14536807 | | Email/Text: camanagement@mtb.com | Apr 22 2022 23:55:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14536808 | + | Email/Text: M74banko@mercedes-benz.com | Apr 22 2022 23:55:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 14536809 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2022 00:00:05 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14559706 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2022 00:00:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14551861 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 22 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14536810 | + | Email/Text: jaxbanko@td.com | Apr 22 2022 23:55:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14536811 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 22 2022 23:55:00 | Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14684677 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 22 2022 23:55:00 | United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14536812 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 22 2022 23:55:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14536803 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14574287 | *+ | United States of America, Interal Revenue Service, C/O Anthony St. Joseph, AUSA, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4404 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2022          Signature:          /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 22, 2022 | Form ID: pdf900 | Total Noticed: 30 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:**

**Name**  **Email Address**

ANTHONY ST. JOSEPH
on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

CHRISTOPHER R. MOMJIAN
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

ERIK B. JENSEN
on behalf of Debtor Eugene Uritsky erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

GEORGE M. CONWAY
on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

JEFFREY M. CARBINO
on behalf of Debtor Eugene Uritsky Jeff.Carbino@offitkurman.com jeffreycarbin@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com

LYNN E. FELDMAN
trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

REBECCA ANN SOLARZ
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Eugene Uritsky | : | |
| Debtor | : | Case No. 20-13659-AMC |

## ORDER TO SHOW CAUSE

AND NOW, the Court having been apprised that the Debtor has failed to appear for three scheduled section 341(a) meetings, it is hereby

ORDERED that the Debtor shall participate in a Telephonic Hearing on **May 25, 2022 at 12:30 p.m.** to *show cause why this bankruptcy case should not be dismissed for Debtor's failure to appear at the previously scheduled first meetings of creditors*. Parties are directed to call the Court's telephone conferencing system by dialing 1-877-873-8017; Code 3027681# , and it is

FURTHER ORDERED that, if the Debtor fails to participate at the hearing scheduled above, this case may be dismissed without need for further notice or hearing.

Dated: April 22, 2022

HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge