# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Eugene Uritsky | Chapter 7 |
| Debtor(s) | Bankruptcy No. 20-13659-AMC |

## O R D E R

AND NOW, this      day of        , 2022, the Court having conducted a hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case, it is hereby

ORDERED that the debtor(s) are directed to appear and provide testimony at the rescheduled Section 341(a) Meeting of Creditors before the Chapter 7 trustee **Chapter 7 trustee Lynn Feldman on June 15, 2022 at 11:30 a.m.** The upcoming 341(a) meeting is scheduled to be held remotely. For attendance by video please use this meeting id: https://us02web.zoom.us/j/84672755858?pwd=SlZIQ3N2aVAxSWFlN3dBcTZRZG5nUT09.For participation by telephone, please call 1 929 205 609 and use (access code/meeting id/passcode) Meeting ID: 846 7275 5858 Passcode: 458916 to join the meeting. Counsel for the debtor(s) shall provide notice of this rescheduled Meeting of Creditors to all creditors and parties in interest.  This will be the final rescheduling of the Meeting of Creditors; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be held **telephonically by dialing 1-877-873-8017 access code 3027681** on   July 6, 2022   at 12:30 p.m. for the purpose of determining whether the debtor(s) complied with the terms of this Order and whether the Court should dismiss the case.

[INTENTIONALLY LEFT BLANK]

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rules 4004(a) and 4007(b) and (c) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to 60 days after the date on which the meeting of creditors is actually conducted (or upon the filing and service of interrogatory responses or the conclusion of any dispute over interrogatory responses).

**Date: May 25, 2022**

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee

ASHELY M. CHAN
United States Bankruptcy Judge