United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 20-13659-amc

Eugene Uritsky                                                            Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Uritsky, 29 Beverly Hills Drive, Warminster, PA 18974-1400 |
| r | + | Dan Realty, 137 Woodland Road, Huntingdon Valley, PA 19006-4126 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 26 2022 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2022 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 26 2022 00:03:00 | United States Trustee, Suite 502, U S Customs House, 200 Chestnut Street, Philadelphia, PA 19106-2908 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | May 26 2022 00:03:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2022 00:03:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022                Signature:       /s/Gustava Winters

District/off: 0313-2               User: admin                       Page 2 of 2

Date Rcvd: May 25, 2022           Form ID: pdf900                  Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| ERIK B. JENSEN | on behalf of Debtor Eugene Uritsky erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| JEFFREY M. CARBINO | on behalf of Debtor Eugene Uritsky Jeff.Carbino@offitkurman.com jeffreycarbin@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Eugene Uritsky                                          Chapter 7

       Debtor(s)                                          Bankruptcy No.  20-13659-AMC

<u>**O R D E R**</u>

AND NOW, this      day of        , 2022, the Court having conducted a hearing with

respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above-

captioned Chapter 7 case, it is hereby

ORDERED that the debtor(s) are directed to appear and provide testimony at the

rescheduled Section 341(a) Meeting of Creditors before the Chapter 7 trustee **Chapter 7 trustee**

**Lynn Feldman on June 15, 2022 at 11:30 a.m.** The upcoming 341(a) meeting is scheduled to be held

remotely. For attendance by video please use this meeting id:

https://us02web.zoom.us/j/84672755858?pwd=SlZIQ3N2aVAxSWFlN3dBcTZRZG5nUT09.For participation

by telephone, please call 1 929 205 609 and use (access code/meeting id/passcode) Meeting ID: 846 7275 5858

Passcode: 458916 to join the meeting. Counsel for the debtor(s) shall provide notice of this rescheduled

Meeting of Creditors to all creditors and parties in interest.  This will be the final rescheduling of the

Meeting of Creditors; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be

held **telephonically by dialing 1-877-873-8017 access code 3027681** on __July 6, 2022__ at

12:30 p.m. for the purpose of determining whether the debtor(s) complied with the terms of this

Order and whether the Court should dismiss the case.

[INTENTIONALLY LEFT BLANK]

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under

Bankruptcy Rules 4004(a) and 4007(b) and (c) to object to discharge and the time period under

Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to 60 days after

the date on which the meeting of creditors is actually conducted (or upon the filing and service of

interrogatory responses or the conclusion of any dispute over interrogatory responses).


**Date: May 25, 2022**


Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee

ASHELY M. CHAN
United States Bankruptcy Judge