Certificate Number: 14912-PAE-DE-036687324

Bankruptcy Case Number: 20-13659



14912-PAE-DE-036687324

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2022, at 3:49 o'clock PM EDT, Eugene Uritsky completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 15, 2022

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor